UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 25-015** |
| **MICHAEL BRIAN DEPETRILLO** | **SECTION "A" (5)** |

## NOTICE OF ARRAIGNMENT

Take notice that this criminal matter is set for an Arraignment on **February 10, 2025, at 2:00 p.m.,** before the Criminal Duty Magistrate Judge Karen Wells Roby, 500 Poydras Street, Courtroom B-431, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| **Date: January 30, 2025** | **CAROL L. MICHEL, CLERK**<br>By: Jennifer S. Limjuco, Deputy Clerk |

* * * * * * * * * * * *

TO:
**MICHAEL BRIAN DEPETRILLO (custody)**
  Anna Friedberg, Federal Public Defender
  anna_friedberg@fd.org

AUSA:  **Kathryn M McHugh, T.A.**
           **Brian M. Klebba**

U.S. Marshal

U.S. Probation Office

U.S. Pretrial Services Unit

JUDGE

MAGISTRATE JUDGE

INTERPRETER – NO

**If you change address,
notify clerk of court
by phone, (504) 589-7687**

Special Agent Emily Keller, FBI
           neworleans@ic.fbi.gov